IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LAWRENCE E. JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:16CV182 |
| V. | ) | |
| THE CITY OF LINCOLN, in the State of Nebraska, and STEGMAN, Detective, | ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Plaintiff filed his Complaint in this case on April 21, 2016. (Filing No. 1.) Plaintiff filed a Motion to Amend Complaint on May 2, 2016. (Filing No. 8.) The Motion to Amend did not include a proposed amended complaint, but Plaintiff filed an Amended Complaint on May 9, 2016. (Filing No. 9.) To date, neither Plaintiff's Complaint nor Amended Complaint have been served.

Although Plaintiff did not attach a copy of his proposed amended complaint to his motion as required by NECivR 15.1, the court will overlook this deficiency and grant Plaintiff's Motion to Amend. Plaintiff is advised, however, that in the future, he will be expected to follow all rules of procedure, despite his *pro se* status.

The next step in this case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate. The court will conduct this initial review in its normal course of business. Accordingly, the motions for summons (Filing Nos. 4, 11) filed by Plaintiff will be denied at this time.

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion to Amend Complaint (Filing No. 8) is granted.

Plaintiff's Amended Complaint (Filing No. 9) shall be the operative complaint and shall supersede the original Complaint filed in this action.

2. Plaintiff's motions for summons (Filing Nos. 4, 11) are denied.

DATED this 27th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge